1  **JESSE S. KAPLAN CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **LYUBOV FILIMOSHYNA**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYUBOV FILIMOSHYNA, | No. 2:08-CV-02131-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that plaintiff's time to file a motion for summary judgment is extended for 30 days from the date of this order because of the number of such motions plaintiff's counsel must prepare, all due simultaneously .

This is a first extension.

Dated: April 30, 2009                              /s/   Jesse S. Kaplan

                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


Dated: May 1, 2009                                 *As authorized by e-mail on said date*
                                                   JACQUELINE A. FORSLUND
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant

## ORDER

Based on the foregoing stipulation, plaintiff's time to file her motion for summary judgment is extended to 30 days from the date of this order.

SO ORDERED.

Dated: May 5, 2009

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

filimoshyna.eot