**JESSE S. KAPLAN CSB# 103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff**
**LYUBOV FILIMOSHYNA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYUBOV FILIMOSHYNA,** | No. 2:08-CV-02131-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **MICHAEL J. ASTRUE,** | |
| **Commissioner of Social Security,** | |
| Defendant. / | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that plaintiff's time to file a motion for summary judgment is extended for 10 additional days to June 19, 2009. This second extension of time is needed because plaintiff's counsel just filed two extensive briefs a few days ago and has three more, including this one due over the next 10 days.

Dated: June 9, 2009                              /s/   Jesse S. Kaplan

                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff

Dated: June 9, 2009

                                                 *As authorized by e-mail on said date*
                                                 JACQUELINE A. FORSLUND
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant

1

2                                            ORDER

3         Based on the foregoing stipulation, plaintiff's time to file her motion for summary

4 judgment is extended to June 19, 2009.

5         SO ORDERED.

6

7 Dated: June 10, 2009

                           /s/ Gregory G. Hollows
8                          _____
                           GREGORY G. HOLLOWS
9                          UNITED STATES MAGISTRATE JUDGE

10 filim.eot

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28