```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
7        Telephone:  (415) 977-8926
         Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LYUBOV FILIMOSHYNA, )<br>    Plaintiff, )<br>v. )<br> )<br> )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. )<br>_____ ) | Case No. 2:08-CV-02131-GGH<br><br>STIPULATION AND ORDER FOR<br>THE AWARD OF ATTORNEY FEES PURSUANT<br>TO THE EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of TWO THOUSAND TWO HUNDRED TWELVE dollars and 50 cents ($2,212.50).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of TWO THOUSAND TWO HUNDRED TWELVE dollars and 50 cents ($2,212.50) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted January 22, 2010.

                                              Respectfully submitted,

Dated: January 21, 2010           */s/ Jesse S. Kaplan*
                                              (As authorized via email)
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff Lyubov Filimoshyna

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Date: January 21, 2010            By *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant U. S. Attorney

                                              Attorneys for Defendant Michael J. Astrue

                                              ORDER

APPROVED AND SO ORDERED.

DATED: January 28, 2010       /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

filimoshyna.eaja